ICYCLAIR, Inc., a Corporation, et al., Appellants, v. NATIONAL POPSICLE CORPORATION, a Corporation, et al., Appellees.

No. 6752.

Circuit Court of Appeals, Ninth Circuit.

Feb. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.